**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT LANG, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-00897-GBW |
| ) | |
| v. ) | |
| ) | |
| SURFACE ONCOLOGY, INC., DENICE ) | JURY TRIAL DEMANDED |
| TORRES, CARSTEN BRUNN, JEFF ) | |
| GOATER, DAVID GRAYZEL, BEN ) | |
| HICKEY, RAMY IBRAHIM, ROBERT ) | |
| ROSS, ARMEN SHANAFELT, ELLIOTT ) | |
| SIGAL, and LAURIE STELZER, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 20, 2023        **LONG LAW, LLC**

By:   */s/ Brian D. Long*
        Brian D. Long (#4347)
        3828 Kennett Pike, Suite 208
        Wilmington, DE 19807
        Telephone: (302) 729-9100
        Email: BDLong@longlawde.com

        *Attorneys for Plaintiff*